## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Matthew A. Keating, being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I have been employed as a Special Agent ("SA") of the Federal Bureau of Investigation ("FBI") since October 2005. I am currently assigned to the FBI Boston Division, where I investigate Violent Crimes Against Children ("VCAC") and Human Trafficking. As part of my duties, I am authorized to investigate violations of laws of the United States, including criminal violations relating to child exploitation, child pornography, coercion and enticement, travel, and transportation of minors, and to execute warrants issued under the authority of the United States. I have been investigating crimes against children and human trafficking for more than four years. Previously, I served in the Washington Field Office of the FBI, investigating foreign counterintelligence matters, including criminal espionage investigations. After that, I worked in the New Orleans Division, investigating counterterrorism matters, as well as working on the criminal investigation of the Deepwater Horizon oil spill in the Gulf of Mexico. I also worked as a Supervisory Special Agent at FBI Headquarters in Washington, D.C. investigating insider threats against the U.S. government and specifically the FBI. I have gained experience and expertise through formal training at the FBI Academy at Quantico, Virginia, as well as both formal and on-the-job training. I have received specific training in the area of child pornography and child exploitation and have reviewed numerous examples of child pornography as defined in 18 U.S.C. § 2256(8)(A).

2.      This affidavit is submitted in support of an application for a criminal complaint and arrest warrant charging William Kahn ("KAHN") (YOB 1997), of Brookline, Massachusetts, with

violations of Title 18, United States Code, Section 2422(b) (attempted coercion and enticement); and 18 U.S.C. § 1470 (attempted transfer of obscene material to minors).

3.    The statements contained in this affidavit are based on my own personal knowledge and involvement in the investigation and my personal observations; information provided by other FBI Special Agents and analysts as well as other law enforcement officials; analysis by federal agents/analysts and computer forensic professionals; information obtained from other individual(s); my review of documents and records; and information gained through my training, experience and background and the training and experience of other agents who have worked on child exploitation investigations for years.    Because this affidavit is submitted for the limited purpose of establishing probable cause to secure a criminal complaint and arrest warrant, I have not included each and every fact that I, or others, have learned during the course of this investigation. I have set forth only the facts that I believe are necessary to establish the requisite probable cause. Where statements of others are set forth in this affidavit, they are set forth in substance and in part.

## STATEMENT OF PROBABLE CAUSE

### Background of the Investigation

4.    On April 21, 2025, a complaint was made to the FBI's National Threat Operations Center regarding the sexual exploitation of a minor. The adult complainant explained that he/she had engaged in conversations with the subject online using an account with the persona of a 14-year old girl from on or about April 15,  2025, through May 2, 2025.[1] The complainant stated that the subject, a 27-year-old man whom he named as "William Khan," (later identified as

---

[1] The FBI is aware of the complainant's identity, but it is redacted herein for privacy.

"KAHN") had repeatedly expressed strong intent to meet and engage in illegal child sexual exploitation activity with a minor, including soliciting explicit photographs of this minor.

5.      During communications with KAHN, on his/her own accord and not under the direction of law enforcement, the complainant created a Discord[2] account ("zeke14") and assumed the persona of a 14-year-old girl from Derry, New Hampshire, communicating with Kahn from approximately April 15, 2025, through May 2, 2025.  Kahn sent nude images of what appeared to be an adult male to the complainant and requested nude images from the individual he believed to be a 14-year-old girl. Additionally, on multiple occasions, the individual known to the complainant as "William Kahn" asked the complainant's "zeke14" account to meet up in real life.

### Subsequent Investigation and Identification of KAHN as the SUBJECT

6.      The complainant provided specific information related to the SUBJECT, including that he had been called "Will" by other people online, he lived in Brookline, Massachusetts, and that he used the Discord display name: "howler," username: "howler3987" and had the unique identification number: 1353142459059802154 (i.e., one of the Discord accounts used by KAHN).

7.      The investigation identified a 27-year-old individual named William Kahn living at 46 Harvard Street, Apartment 2, Brookline, Massachusetts 02446.

---

[2] Discord is a voice, video, media, and text (chat) communication service/platform in which users can communicate in private chats, ranging from 1-10 users, or as part of a larger group/community called servers.  Servers are also broken down into subcategories, or channels.  Discord maintains these media, and text (chat) communications, whether they occurred on a server or in private chats. Discord asks each of their subscribers to provide certain identifying information when registering for an account. This information can include, but is not limited to, a username, subscriber's full name, date of birth, physical address, telephone numbers, other identifiers, and/or e-mail addresses (which Discord can indicate if this email address has been verified or not).  Information provided to and maintained by Discord by paying subscribers can include a means and source of payment (creditor bank account number). Discord assigns a unique 19-digit User ID after an account is created.  Further, Discord also has record of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account.

8.      In connection with this investigation, on or about May 20, 2025, the FBI sent process to Discord requesting information and in response, Discord produced registration information, including an email address of wjkahn54@gmail.com, a username of "PatrickStarMan3987", and an IP address used at registration: 73.47.33.103.

9.      On or about July 21, 2025, FBI sent a request to Comcast.  In response, Comcast identified the subscriber for that IP address as William Kahn, 46 Harvard Street, Apartment 2, Brookline, Massachusetts 02446.

**FBI Account Takeover**

10.     In May 2025, the complainant met with FBI Agents in Virginia and signed a form authorizing the FBI to assume the "zekel4" account on Discord that had been created by the complainant. In June 2025, an FBI Online Undercover Employee ("OCE") began to utilize this account to communicate online with the SUBJECT. While communicating with the SUBJECT, the OCE assumed the same identity of the 14-year-old female from Derry, New Hampshire, whom the complainant had previously been assuming. During this period, the SUBJECT had changed his username to "patrickstarman3987."[3]

11.     Between June 2025 and August 2025, the FBI OCE engaged in online chats on Discord utilizing the "zekel4" account with the TARGET ACCOUNT. The chats between the two included, but are not limited to, the following:

12.     On or about July 9, 2025, during a discussion of vaping and the discussion surrounding sending a nude picture to a boy, OCE stated "I'm 14." The SUBJECT had

---

[3] Although the user name changed, the unique user ID for this account remained the same.

4

previously asked if the OCE was 16 years old. When informed of her age, the SUBJECT

indicated that it was even worse that she was only 14.  Those chats include the following:

> patrickstarman3987: Mind me ask
> patrickstarman3987: Aren't you 16
> patrickstarman3987: Or something
> zekel4: He was going to tell my parents and they would KILL me
> zekel4: But I only tried it once
> zekel4: And neva again
> patrickstarman3987: And
> patrickstarman3987: Oh
> patrickstarman3987: I can't im sorry
> patrickstarman3987: I can't be with someone who shows that
> zekel4: I'm 14
> patrickstarman3987: Oh even worse

13.    On or about July 15, 2025, as outlined in the below chats, the SUBJECT asked

OCE if her parents are aware of him (i.e., the SUBJECT):

> patrickstarman3987: Serious question
> patrickstarman3987: Do your parents know about me?
> zekel4: Ofc not silly
> patrickstarman3987: Why
> patrickstarman3987: If you want to run away with me it might be a good idea to
> tell them something
> patrickstarman3987: Not everything
> patrickstarman3987: Unless you think otherwise
> zekel4: They know nothing

14.    On or about July 15, 2025, OCE asked the SUBJECT what would be expected of

her. As outlined in the below chats, among other things, the SUBJECT asked if OCE has ever

had sex, and describes what sexual intercourse is:

> zekel4: What do u want to do with me?
> patrickstarman3987: Wym
> patrickstarman3987: Whatever you want
> patrickstarman3987: Is fine with me
> patrickstarman3987: I'm just not sure what you mean
> <@1361838202058707194>
> patrickstarman3987: Elaborate
> patrickstarman3987: ??

patrickstarman3987: Like sexual or not
patrickstarman3987: You ok?
patrickstarman3987: <@1361838202058707194>
zekel4: Well wouldn't we be bf and gf??
patrickstarman3987: Yea I think I need to know what you want too
patrickstarman3987: And what would you like to do
zekel4: Well what do bf and gf do????
patrickstarman3987: Usually kiss and be romantic
patrickstarman3987: Sex is up to you
patrickstarman3987: I don't want to force it
patrickstarman3987: are you on birth control
patrickstarman3987: Or anything?
patrickstarman3987: <@1361838202058707194>
patrickstarman3987: Where are you
zekel4: 😊 😊
zekel4: Sheesh I'm here
patrickstarman3987: Oh cute hug
patrickstarman3987: Read what I wrote
zekel4: Yessss I'm on the pill
patrickstarman3987: So if you forget to take it
patrickstarman3987: Just so I understand
patrickstarman3987: You could get pregnant
zekel4: I don't forget lol
patrickstarman3987: I mean
patrickstarman3987: Would you want to be pregnant with our child ?
zekel4: I can't wait to have kids!
patrickstarman3987: Your so young and beautiful
patrickstarman3987: You want kids
patrickstarman3987: I can make that happen
zekel4: Awww ty
zekel4: U can??!
patrickstarman3987: I'd love that
zekel4: Will it hurt?
patrickstarman3987: No have you ever had sex
patrickstarman3987: Think about it like this my penis in your vagina
zekel4: No but my gf has and said it hurt the first couple times
patrickstarman3987: Who
patrickstarman3987: Who's your gf
zekel4: Not gf. Girl FRIEND. lol
patrickstarman3987: I know
patrickstarman3987: Actually giving birth hurts
zekel4: 🙄
patrickstarman3987: But sex is enjoyable
patrickstarman3987: Depending
zekel4: Have u had it?
patrickstarman3987: Awhile ago

15.     On or about July 15, 2025, the SUBJECT gave OCE an "assignment" and

directed her on how to masturbate in order to simulate sex with him:

> patrickstarman3987: Ok are you alone
> zekel4: Yesss y?
> patrickstarman3987: I'm going to have you do an assignment for me it will tell
> how sex will feel
> zekel4: Okkkkkkk
> patrickstarman3987: This is so I don't hurt you
> patrickstarman3987: Do you have a cucumber or carrot around
> patrickstarman3987: Just go with it
> zekel4: Errrmmm in the kitchen obvi
> patrickstarman3987: Ok option b
> patrickstarman3987: Are you hands clean
> zekel4: Yesss
> patrickstarman3987: Ok drop your pants and underwear and pretend my dick is
> your fist
> zekel4: Okkkk
> patrickstarman3987: And go as far as you can inside yourself
> patrickstarman3987: It might hurt
> zekel4: 
> patrickstarman3987: Just be careful
> patrickstarman3987: Tell me how it feels
> zekel4: I've done this before but neva went all the way insides.
> patrickstarman3987: Yea but my dick is huge
> patrickstarman3987: It will hurt
> zekel4: How huge?!?!
> patrickstarman3987: The cucumber or carrot is a very accurate representation
> zekel4: 
> patrickstarman3987: What
> patrickstarman3987: If your wet it might be easier
> zekel4: I used my hair brush once 😊
> patrickstarman3987: Oh
> zekel4: But it's skinny
> zekel4: The handle
> patrickstarman3987: Think of it like that but it's larger
> zekel4: Can I see????
> patrickstarman3987: And it fills your vagina up
> patrickstarman3987: I can't
> patrickstarman3987: I'm embarrassed
> patrickstarman3987: 

> zekel4: U don't have to be around me
> patrickstarman3987: Wym
> patrickstarman3987: I'm not hard at the moment
> zekel4: U don't have to be embarrassed around me

16.    Also on or about July 15, 2025, the SUBJECT made repeated requests to OCE for videos or photographs of the OCE to help him "get hard," and, in turn, he, would send a video to OCE.  The SUBJECT specified that he wanted OCE to create videos of OCE "playing with" herself" and confirmed he wanted her to use her fingers:

> patrickstarman3987: I'm not turned on
> zekel4: Does it get hard easily?
> patrickstarman3987: Yes at a beautiful person like you yes
> zekel4: 😊 😘
> patrickstarman3987: But I haven't seen you in awhile so
> patrickstarman3987: It's not hard
> patrickstarman3987: That's fair
> zekel4: Does stuff come out?
> patrickstarman3987: Wym
> zekel4: When it's hard
> patrickstarman3987: When I cum yes
> patrickstarman3987: It usually makes a mess
> patrickstarman3987: Or gets you pregnant
> patrickstarman3987: Would it be ok if I saw you?
> patrickstarman3987: So I can show you me
> patrickstarman3987: If not I understand
> patrickstarman3987: I just thought you'd like to see me
> patrickstarman3987: <@1361838202058707194>
> zekel4: U first 👀
> patrickstarman3987: They just redid my bathroom btw
> patrickstarman3987: I'm not turned on
> zekel4: Is it niiiiice???
> patrickstarman3987: Very
> patrickstarman3987: See
> patrickstarman3987:
> https://cdn.discordapp.com/attachments/1361849622598914265/13947664398015
> 57182/IMG_0023.jpg?ex=687f4138&is=687defb8&hm=a818ac2314e8ed325846
> 3f6b8b9a0def861daee80d8b297a811681550fa4ff3c&

patrickstarman3987: The tiles

zekel4: Awww ok 😔

zekel4: Pretty!!

patrickstarman3987: I need you to go first I am not hard

patrickstarman3987: It's not a fair judge

patrickstarman3987: That's fair

zekel4: Will that be our bathroom??

patrickstarman3987: Yes

patrickstarman3987: For us

zekel4: What should i do to make it hard?? Sorry, I'm not good at dis lol

patrickstarman3987: Show yourself naked

patrickstarman3987: That's how it gets hard

patrickstarman3987: From seeing you naked

patrickstarman3987: Your attractive

zekel4: 🙄 naked?!?! Omg I'm so nervous 😳

zekel4: Ty

patrickstarman3987: Don't be

zekel4: Naked doin what??

patrickstarman3987: It means I like you

zekel4: 🤗

zekel4: I like u too

patrickstarman3987: Playing with yourself

patrickstarman3987: Up to you tho

zekel4: How do I do that?

patrickstarman3987: Remember what we did last time

patrickstarman3987: The first time I had you try it

zekel4: Today?

patrickstarman3987: No previously

zekel4: I'm confused

patrickstarman3987: We tried it before

patrickstarman3987: Do you remember what you did

zekel4: With my fingers?

patrickstarman3987: Yes

zekel4: Yessss what else do u want me to do?

patrickstarman3987: Do what you normally would do

patrickstarman3987: Then show me

zekel4: What do u want to see

patrickstarman3987: You doing that

patrickstarman3987: A video would be nice…

patrickstarman3987: I can do the same

zekel4: Of fingers in my vagina?

patrickstarman3987: Yes

patrickstarman3987: If you want

patrickstarman3987: I can send a video of myself

patrickstarman3987: If you want

zekel4: I want u

patrickstarman3987: ???

patrickstarman3987: Can you do that

patrickstarman3987: I'll send one of me

zekel4: I want what u want

zekel4: Is it getting hard??

patrickstarman3987: That's fair

patrickstarman3987: No not yet

patrickstarman3987: I haven't seen anything yet

zekel4: Tell me what to do

patrickstarman3987: Send a video of you doing that

zekel4: I want it to be perfect

patrickstarman3987: You are perfect

zekel4: Doing what???

patrickstarman3987: Playing with yourself

zekel4: Jus fingers?

patrickstarman3987: Yes of you playing with yourself

patrickstarman3987: Is that ok

zekel4: Yess

patrickstarman3987: Ok then go ahead

zekel4: Do I sit?

patrickstarman3987: It doesn't have to be perfect for me you are already perfect

patrickstarman3987: I think you should

patrickstarman3987: Given that when you orgasm you might get weak

zekel4: I don't want to disappoint. Sry that's why I want to know what exactly to do

patrickstarman3987: Sit down and do that

patrickstarman3987: Because you could get weak

patrickstarman3987: Then video yourself and send it to me

patrickstarman3987: What are you wearing

zekel4: Is that what u want to see? It's getting wet

patrickstarman3987: Yes send it now

17.    While chatting online with OCE, the SUBJECT continued to request a video of OCE, although OCE never sent a video to the SUBJECT.  After making those requests, the

10

SUBJECT sent a photograph of an adult male penis to OCE. Initially, the SUBJECT sent a photograph but quickly deleted it, and therefore it was not seen by OCE. However, shortly thereafter, the SUBJECT sent a second photograph to OCE, which he did not immediately delete, and this one was viewed by OCE. The photograph depicted the erect penis of an adult male, held in his hand, though no face could be seen. SUBJECT also told OCE that he needed a video of her so that he could get "fully hard."  Those chats from on or about July 15, 2025, are outlined below as follows:

> patrickstarman3987: I'll do a video myself
> patrickstarman3987: Of what it looks like
> zekel4: Is it hard yet?
> patrickstarman3987: No because I haven't seen you
> patrickstarman3987: On video
> patrickstarman3987: Once I see a video I'll send one of me
> patrickstarman3987: That's fair
> patrickstarman3987: Hey
> patrickstarman3987: <@1361838202058707194>
> patrickstarman3987: Are you ok
> patrickstarman3987: Its starting to get hard btw
> zekel4: It is???? I'm getting light headed 🙄
> patrickstarman3987: Oh no
> patrickstarman3987: Not good
> patrickstarman3987: I need a video to get fully hard
> patrickstarman3987: Or a picture
> patrickstarman3987: Or something
> zekel4: Lemme see
> patrickstarman3987: Ok
> patrickstarman3987: I just need something to get it going more hard
> patrickstarman3987: Then I'll show you
> zekel4: I want to seeee it now. It's kinda hard???? What's that look like?
> patrickstarman3987: Ok
> patrickstarman3987: There
> patrickstarman3987: It's embarrassing 🙈
> patrickstarman3987: Did you see it?
> patrickstarman3987: <@1361838202058707194>
> patrickstarman3987: I haven't seen you in awhile
> patrickstarman3987: What do you look like
> zekel4: I didn't see it!!
> patrickstarman3987: Dang it
> patrickstarman3987: 🙈🙈🙈

> patrickstarman3987: You see it?
> zekel4: Whoa!!
> patrickstarman3987: Told you
> patrickstarman3987: What
> patrickstarman3987: You don't like it
> zekel4: U ARE big
> patrickstarman3987: Can I see you
> zekel4: No no I do. Way bigger than the boys at school
> patrickstarman3987: I'm worried I'm going to hurt you

18.     After sending the photograph of his penis, via Discord chat on July 15, 2025, the

SUBJECT told OCE that he will have sex with OCE and described how he will perform oral sex

on OCE and explained how OCE could utilize a vibrator on herself, including the following:

> patrickstarman3987: Question for you
> patrickstarman3987: Imagine that going inside you
> zekel4: That looks like it might hurt tbh 😔
> patrickstarman3987: Yes
> patrickstarman3987: But if you get wet it's easier
> zekel4: Will it stretch?
> zekel4: 🤗
> patrickstarman3987: What your vagina yes it stretch's
> zekel4: Oic
> zekel4: So if we r together it will get easier??
> patrickstarman3987: Yes
> patrickstarman3987: Especially if I eat you out
> patrickstarman3987: Do you know what that means
> patrickstarman3987: ?
> patrickstarman3987: <@1361838202058707194> can I see you please I showed
> myself
> zekel4: What does that mean??
> patrickstarman3987: I put my mouth on your vagina and lick it
> patrickstarman3987: To get you to orgasm
> zekel4: Ohhh like oral??
> patrickstarman3987: Kinda
> patrickstarman3987: It turns you on faster
> zekel4: You'll do that to me??
> patrickstarman3987: Yes
> patrickstarman3987: As long as your ok with it
> patrickstarman3987: There's another trick
> patrickstarman3987: Have you ever tried vibrators
> patrickstarman3987: There's one you can stick inside you and walk around with it
> going lol
> patrickstarman3987: Also can I please see you now I'm really wanting too

patrickstarman3987: <@1361838202058707194>
patrickstarman3987: You got me turned on
patrickstarman3987: Thinking of us being together
patrickstarman3987: 😊
zekel4: I've neva tried that before
zekel4: Vibrator
patrickstarman3987: Yea it's fun
patrickstarman3987: It is another way
zekel4: I like fun lol
patrickstarman3987: And risky
zekel4: I had stopped because I was getting so light headed
patrickstarman3987: Because you can go in Public with it

19.    During the chats on or about July 15, 2025, the SUBJECT continued to tell OCE
that when they are together, the SUBJECT would show OCE how to do sexual things. The
SUBJECT indicated that he will take her "as his apprentice" and "guide her on techniques…how
to make her orgasm faster and harder."  The below chats include those online conversations:

patrickstarman3987: Can I at least see you you don't have to do anything I just
wanna see you
zekel4: Ok I can start again. Tell me what to do!
patrickstarman3987: I was saying can you video doing it
patrickstarman3987: And send me it
patrickstarman3987: It's probably very sexy
zekel4: Idk. I'm so awkward
patrickstarman3987: Please
patrickstarman3987: No your not
patrickstarman3987: Your cute and attractive and you aren't awkward around me
at all
patrickstarman3987:   😊 😊 😊
patrickstarman3987: That's true you seem normal around me
patrickstarman3987: And I love you
patrickstarman3987: You know I won't judge
patrickstarman3987: <@1361838202058707194>
zekel4: Awww ty
patrickstarman3987: Yea
patrickstarman3987: I won't judge I swear to you
zekel4: I just feel like a dumb kid around u and don't know what I'm doing 😔
patrickstarman3987: Don't feel that way
patrickstarman3987: I can teach you if you want

13

patrickstarman3987: Just do you feel a ball near your stomach in your vagina
zekel4: When??
patrickstarman3987: I can show you how to do it
patrickstarman3987: When your with me
zekel4: U will??
patrickstarman3987: Until that happens
zekel4: Awww
patrickstarman3987: I swear
patrickstarman3987: I'll take you as my apprentice
patrickstarman3987: lol
patrickstarman3987: Just please show me how you do it
patrickstarman3987: I can guide you on techniques
patrickstarman3987: And how to make you orgasm faster and harder
patrickstarman3987: <@1361838202058707194>
patrickstarman3987: I just need to see how you do it
patrickstarman3987: I'm going to see one way or another true?
zekel4: How many fingers do I use?
patrickstarman3987: Can I see what your doing
patrickstarman3987: So I can help
zekel4: Yesss
zekel4: How will u help?
patrickstarman3987: I need to see how tight it is
patrickstarman3987: Because if I guess It could hurt you
patrickstarman3987: Just show me what you normally do
patrickstarman3987: <@1361838202058707194>
patrickstarman3987: I'll give you tips and pointers
patrickstarman3987: Fair enough?
patrickstarman3987: ???
patrickstarman3987: <@1361838202058707194> are you going to show me?
patrickstarman3987: I might finish myself
patrickstarman3987: <@1361838202058707194>
zekel4: Can I see???
patrickstarman3987: You first
patrickstarman3987: Fair
zekel4: I'm shy
zekel4: I want to see the stuff come out
patrickstarman3987: Just please
patrickstarman3987: You know I'm not mean
patrickstarman3987: I don't judge
patrickstarman3987: Please

14

> patrickstarman3987: Ok I'll stop
> patrickstarman3987: Fine
> patrickstarman3987: <@1361838202058707194>
> zekel4: Ok I'm going down to the bathroom because there's a lock on the door
> patrickstarman3987: Ok go ahead are you naked
> patrickstarman3987: At least

20.    On or about July 15, 2025, the SUBJECT sent OCE a link to a website that sells

vibrators, and the SUBJECT explained that he wanted to use it on the OCE, as follows:

> patrickstarman3987: There is a thing I'd like to do
> patrickstarman3987: A adventure
> zekel4: What is it?!
> patrickstarman3987: https://www.lovense.com/sem/lush-4-best-bluetooth-remote-controlled-g-spot-vibrator-cpc?utm_term=lush%20toys&_utm_pro=2501172781&gad_source=1&gad_campaignid=20311188639&gbraid=0AAAAADsGvcewsasmnv-Kbr31enq0nyQzQ&gclid=Cj0KCQjw-NfDBhDyARIsAD-ILeB7wOirsWlFsDyTrY_8_rcp0ox8P_ovBJzFQ_E34xnRYrLmJrWUKicaAlNnEALw_wcB
> zekel4: I love adventures
> patrickstarman3987: Have you seen this
> patrickstarman3987: I don't know
> zekel4: What is that?! It looks like an alien
> patrickstarman3987: It lets me control the vibration from my phone
> patrickstarman3987: It's a viberator
> zekel4: 🙄
> patrickstarman3987: I had a interesting adventure
> zekel4: So that goes…..in me??
> patrickstarman3987: Yes and makes you orgasm
> patrickstarman3987: You can walk around with it
> patrickstarman3987: You realize
> patrickstarman3987: In public
> patrickstarman3987: Unless you don't want to
> patrickstarman3987: <@1361838202058707194>
> zekel4: I'm nervous
> patrickstarman3987: So what do you think
> patrickstarman3987: about
> zekel4: Would it hurt?
> patrickstarman3987: No it feels good
> patrickstarman3987: Imagine giving yourself a orgasm now it's multiplied by 1000
> patrickstarman3987: With that

21.    Chats between the SUBJECT and OCE on or about August 4, 2025, included:

patrickstarman3987: I have a question
patrickstarman3987: Are you ready
zekel4: For what
patrickstarman3987: Me to come get you silly
zekel4: Oh lol. Yes yes yes!!! 😶
patrickstarman3987: Do you look any different
patrickstarman3987: Nice tan I'm guessing
zekel4: lol
patrickstarman3987:  😄

22.    As of the submission of this affidavit, I am aware that chats between the SUBJECT and OCE occurred through the date of the search warrant execution (detailed below), on or about August 8, 2025. Communication on Discord resumed on or about August 18, 2025, and continued through at least November 18, 2025.[4]

23.    In conversation on or about August 4, 2025, through August 6, 2025, SUBJECT discussed the possibility of purchasing an Uber ride for OCE to drive her from a department store at a mall in New Hampshire to his residence. SUBJECT asked the OCE to leave her birth control at home, because SUBJECT wants to impregnate her and have a family together. SUBJECT claimed to have purchased numerous items for the OCE for when she lives with him, including clothes, toiletries, and a gaming laptop. OCE asked SUBJECT asked what he could get for her today and indicated that he would purchase these things for OCE. This included Rainbow Nerds Clusters (candy), Starry soda, a strawberry banana smoothie, and/or sunflowers. They also discussed the type of food that OCE eats, including Thai food and sushi.[5]

**Federal Search Warrants**

---

[4] The most recent display name used by SUBJECT is "Deadly Reaper" and the most recent username used by SUBECT is "deadlyreaper199"  Those names have been used by SUBJECT to communicate with the OCE using the same Discord account referenced above.  Although the names changed, the same unique user ID was the same.
[5] The investigation determined that KAHN was the SUBJECT.

24.     On August 8, 2025, at approximately 7:50AM, FBI agents and task force officers, with the assistance of local law enforcement, executed federal search warrant at the Brookline residence. *See* # 25-mj-3191-JDH and 25-mj-3192-JDH.  During the execution of the residential search warrant, KAHN was encountered outside of the residence by agents. Agents provided KAHN with his *Miranda* rights and KAHN agreed to speak with agents. The interview was audio recorded.

25.     During the interview, among other statements, KAHN said that he utilizes Discord to communicate with individuals online and has used the display name "PatrickStarMan." KAHN was shown an image of the "PatrickStarMan" profile which he confirmed was his account. KAHN was then shown an image of the Discord profile with username "zekel4" which was used by OCE. KAHN confirmed that he had been in contact with that profile. KAHN stated that the user was named "Erin," was from Derry, New Hampshire, and that she was 14-15 years old. KAHN admitted that he did want to meet "Erin" and would send an Uber to the Rockingham Mall in New Hampshire to pick her up. When asked if he planned for "Erin" to come and live with him, he stated that he did "to some degree," though then stated that he wanted her to come to his apartment as a weekend event, but she would return home on Monday.

26.     During the interview, KAHN was shown an excerpt of a chat log between his Discord account and OCE. The chat log indicated that KAHN was instructing "Erin" on how to touch herself to simulate sex with him. KAHN stated that he shut down the conversation a few days after it became sexual, which was just after the excerpt ended.

27.     Also during the interview, KAHN was shown a different chat log which included an image of a nude adult male from the waist down, laying on a couch. KAHN initially denied

that it was him, but said the pillow was his. He then stated that he had sent that photo to another adult of legal age via Discord. KAHN admitted that he and OCE had discussed sex, but that "eventually, reluctantly" he told her to talk to someone else about it. The interview concluded at approximately 9:32AM, when KAHN invoked his right to stop answering questions. During the search of KAHN's residence and his person, agents located approximately four devices. Those devices included an iPhone 16Pro, Skytech gaming computer tower, blue iPad, and Eitomin tablet (collectively, the "SUBJECT DEVICES"). An on-site preview of the SUBJECT DEVICES was not conducted, and the SUBJECT DEVICES were seized pursuant to the search warrants.

### Forensic Review of Seized Devices

28.    The SUBJECT DEVICES were transported from the SUBJECT PREMISES to the FBI and entered into FBI evidence. A preliminary analysis of KAHN's iPhone 16 Pro, which was seized from his person by the FBI, revealed numerous images that were sent by OCE to KAHN, and by KAHN to OCE. There was one photograph sent by KAHN to OCE of an adult male who was nude from the waist down on a couch with a pillow and the adult male's penis visible in the photograph. There was also a photograph of KAHN's bathroom which was sent to OCE. The phone also contained a search in the Apple Maps application for directions to 99 Rockingham Park Blvd, Salem NH 03079 on or about August 5, 2025. This address is the location of the Rockingham Park Mall, where KAHN and OCE had arranged to meet. An analysis of the Skytech gaming computer tower revealed that there is at least one Discord conversation between KAHN and OCE and revealed that KAHN utilized Discord username "patrickstarman3987" to message OCE at the "zekel4" account.

### Ongoing Discord Chats Between KAHN and OCE since Date of Execution of Search Warrants

29.     On or about August 18, 2025, KAHN contacted OCE, utilizing a new Discord

account, username of "gratefullygone." KAHN told OCE to ask her parents why the FBI had

come looking for him. KAHN then told OCE that he is trying to get the case dismissed and that

OCE should tell police that she does not want to press charges. Those chats include the

following:

> gratefullygone: Ask your parents
> gratefullygone: See what they know
> zekel4: I'll try
> gratefullygone: Try for me please
> gratefullygone: I need some answers
> zekel4: Ok I will
> gratefullygone: Thanks
> gratefullygone: I am going to pass it off to my attorney as well
> zekel4: 👍
> gratefullygone: Haha
> gratefullygone: So you agree to get this all dismissed
> zekel4: What's so funny??!!
> Gratefullygone: You are funny
> zekel4: Aww
> gratefullygone: I liked that
> zekel4: Ty
> gratefullygone: No problem
> gratefullygone: I'm trying to get this dismissed
> gratefullygone: And my stuff returned
> gratefullygone: Here's what you'll need to have done tell them you don't want to press charges or any of that
> gratefullygone: No questions asked
> gratefullygone: And you want the stuff returned to me same as before no questions asked
> gratefullygone: Find out what they know
> gratefullygone: It's been stressing me out for weeks
> gratefullygone: Since this happened

30.     Also on or about August 18, 2025, KAHN explained to OCE that he was accused

of asking for sex from her. Those chats include the following:

> zekel4: I still don't know what happened tho. What is this about? Why r u in trouble?
> gratefullygone: Because they searched for you
> gratefullygone: And if you were wondering

> zekel4: But why r u in trouble for that??? I'm so confused
> gratefullygone: They had guns out
> gratefullygone: Its uploading a video
> gratefullygone: I'll show you when I'm on WiFi
> gratefullygone: I luckily wasn't home
> gratefullygone: Because age
> gratefullygone: My age difference
> zekel4: What about it?
> Gratefullygone: I'm 27
> Gratefullygone: And you are
> zekel4: What r they saying u did??
> Gratefullygone: Asked for sex from you

31.     On or about August 18, 2025, KAHN continued to explain the problem to OCE

and specified that he (KAHN) was 27 years old and OCE was a minor.

> zekel4: I just don't know y ur in trouble for this
> zekel4: Sry I'm so dumb
> gratefullygone: Because your age
> gratefullygone: And mine
> zekel4: What about it?
> zekel4: Cuz I'm 14?
> gratefullygone: Yes a minor
> gratefullygone: In the eyes of the law
> gratefullygone: And I'm 27

32.     On or about August 18, 2025, KAHN coached OCE on what to say to OCE's

parents to allow SUBJECT and OCE to be together. KAHN specifies that he still wants to meet

and get married but specifies to OCE not to say that part to OCE's parents. Those chats include

the following:

> gratefullygone: Tell your parents about us
> gratefullygone: That's how
> zekel4: Tell them what????
> gratefullygone: That you love me
> zekel4: Tell me what to say
> gratefullygone: Is that correct
> zekel4: Yess ofc silly 🤗
> gratefullygone: Then tell them what you want to do
> gratefullygone: It's up to them
> zekel4: Live with u?
> gratefullygone: Yea and all of that

gratefullygone: It's up to them
zekel4: What else?
gratefullygone: Say what you think will help convince them
zekel4: As boyfriend and girlfriend?
gratefullygone: Say you love me unconditionally
gratefullygone: And I'd do anything for you
gratefullygone: Same for you to me
gratefullygone: If we can convince them maybe we have a shot of this being fixed
zekel4: Why is this so hard?? 😡
gratefullygone: Because they probably made it hard
gratefullygone: But if we get over this hurdle we can try to meet and what not
gratefullygone: Just have to convince you want to be with me
zekel4: Ok I will try!!!
gratefullygone: And vice versa
gratefullygone: Is that fair
zekel4: Be with u like get married?!
gratefullygone: The whole kit and caboodle
gratefullygone: Just say you want to be with me
gratefullygone: Don't include that
gratefullygone: Just say how you feel about me
gratefullygone: Honesty is the best policy
gratefullygone: Just explain that as long as you are happy that's what matters
zekel4: Ok. I'm nervous
gratefullygone: Why
zekel4: What if they say no?
gratefullygone: Talk to me
zekel4: Do I lose u forever?
gratefullygone: Then you know how to convince them
gratefullygone: If they say no then try every effort to change their minds
gratefullygone: Say I will protect you
gratefullygone: And treat you like a princess
zekel4: Aww u will??
gratefullygone: Yes
gratefullygone: Tell your parents that
gratefullygone: As part of the argument for us to be together
gratefullygone: Say you've made up your mind about this and you want to be happy
gratefullygone: And do you want to see me happy
gratefullygone: Me as in you
gratefullygone: So
zekel4: Oic ok
gratefullygone: Try that
gratefullygone: See if they agree
zekel4: Ok I will

33.    On or about August 18, 2025, OCE advised that OCE would have to speak to law enforcement that week. KAHN initially told OCE not to lie to police and then stated that he could not advise OCE what to say. Those chats include the following:

> zekel4: I jus talked with my parents
> gratefullygone: Yes
> gratefullygone: And
> zekel4: I'm nervous
> gratefullygone: Why
> gratefullygone: What they say
> zekel4: They said I have to talk to someone this week
> gratefullygone: Wym
> gratefullygone: What do they mean
> gratefullygone: Better language
> zekel4: Idk. The fbi or police
> gratefullygone: Oh no
> zekel4: They said I have to go to the station and answer questions about why I was at the mall by myself 🙄
> zekel4: What should I do???
> gratefullygone: Oh boy
> gratefullygone: Just do it
> zekel4: What should I say? I'm scared
> gratefullygone: Say you were in love
> zekel4: I've never been to the police station b4
> gratefullygone: And wanted to meet him
> gratefullygone: Just be honest with them
> gratefullygone: DO NOT LIE
> zekel4: I already told my parents that
> gratefullygone: And
> gratefullygone: Response
> zekel4: They said it's wrong
> gratefullygone: What
> gratefullygone: Is that what they actually said
> zekel4: Idk they said I shouldn't meet strangers like that
> gratefullygone: Do I sound like a stranger
> zekel4: No but to my parents and the police u are i guess?
> gratefullygone: Oh
> gratefullygone: Then explain that to them
> gratefullygone: That I'm no stranger
> zekel4: I tired. They said it doesn't matter
> zekel4: Tried
> gratefullygone: I figured the spelling error
> zekel4: Because ur an adult and I'm a kid
> gratefullygone: Yea see told you

> zekel4: They said it's illegal
> gratefullygone: Did you say anything else besides complaining
> zekel4: And the police and fbi want to know all about what our plan was that day
> gratefullygone I can't advise you on what to say as I'm not your attorney
> zekel4: And they are going to ask me tons of questions 😫
> zekel4: I'm scared
> gratefullygone: But all I know is I hired one
> gratefullygone: To fight this
> zekel4: My parents said they will be with me for it
> gratefullygone: I am not allowed to talk about it anymore but I am defending myself from this
> gratefullygone: Then be honest
> gratefullygone: Don't hide anything

34.      That same day, later in the conversation, KAHN explained to OCE that if OCE

refused to pursue this, it could be dropped. Then KAHN told OCE how to spin the information to

make it appear that KAHN was unaware of OCE's age. KAHN indicates that if OCE does not

lie, then KAHN will go to jail. Those chats include the following:

> gratefullygone: So if you say I don't want to persue and you'll wait until your 18 they can't do anything
> gratefullygone: But can you make choices on your own
> zekel4: But that's in 4 years!! 😫
> gratefullygone: Read
> gratefullygone: This
> gratefullygone: They can deem you completely able to decide on your own if you destimstrate maturity
> gratefullygone: And maybe say what you actually felt
> zekel4: Idk if it will work
> gratefullygone: Not what I say spin it so it looks like I was unaware of your age
> gratefullygone: Just do it
> zekel4: But my parents said not to lie
> gratefullygone: That would mean a lot if I was unaware
> gratefullygone: Do you want me in prison?
> gratefullygone: From this
> zekel4: Ofc not
> gratefullygone: Then say as I said directly
> zekel4: But it's the police AND the fbi
> zekel4: What if they find out I'm lying???
> gratefullygone: Then say you we're meeting up with a person you loved
> gratefullygone: And you wanted to be with him
> gratefullygone: Because you felt wronged by your parents
> zekel4: I told u my parents said that is illegal

zekel4: I could try like u said
gratefullygone: But if you say it as you were interested not the other way around then it may not be as bad
gratefullygone: And it fixes the issue of who was interested
zekel4: Ok
gratefullygone: All I'm asking is not to incriminate me or you
zekel4: Ok
gratefullygone: You definitely don't want to have me in prison
gratefullygone: My attorney is costing me $5000 don't make it go up
zekel4: Ofc not. I want to protect u
gratefullygone: Say that you love me to them
gratefullygone: Maybe if you say that it may be a good idea
gratefullygone: To fix this
zekel4: Ok. That will be easy 🤗
gratefullygone: Wym
gratefullygone: Give me exactly what you will say
zekel4: To say I luv u
gratefullygone: I need to know if you add anything to that
gratefullygone: Besides that
zekel4: I will say what u told me to say. I trust u
gratefullygone: Don't say I said it
gratefullygone: Say I trust him
zekel4: Ok
gratefullygone: Don't say I said
gratefullygone: It looks weird
zekel4: And that u didn't know I was 14?
gratefullygone: And looks as if I'm persuading you
zekel4: Ok
zekel4: Ur so smart
gratefullygone: I'm saying fib about it say he didn't know I was under age
zekel4: Ok
gratefullygone: Or didn't realize

35.    Later in the conversation on that same date, KAHN continued to pressure OCE

into rehearsing what OCE would tell law enforcement. Those chats include the following:

gratefullygone: If you want us to be a thing defend me on whatever power you can
zekel4: I'm honestly so tired rn
gratefullygone: That's why I'm asking you to repeat what you will say
zekel4: K. I will
gratefullygone: So I can help you
gratefullygone: Guide how to word it
zekel4: I will say what u said. That u didn't know I was 14. Good?
zekel4: What else?

gratefullygone: That you love me
zekel4: K
gratefullygone: And you want to be with me and if we wait is that acceptable
zekel4: K
gratefullygone: And you want this investigation over with and
gratefullygone: You don't want to press charges
gratefullygone: Regardless of what your parents say
zekel4: So just one lil fib. I can do that!
gratefullygone: Yea but read
zekel4: I did
gratefullygone: Makes sense
zekel4: Yesss it does.
gGratefullygone: Don't lie just say he was unaware or forgot to ask
zekel4: K
gratefullygone: So repeat it back
zekel4: That's better
gratefullygone: Just so I know you understand
zekel4: He didn't know my age and I luv him and can we be together if we wait.
Is that right?
gratefullygone: Don't read it like a script but you need to ensure it sounds legit
gratefullygone: Yes
zekel4: I will practice
gratefullygone: Perfection
zekel4: I got this!
gratefullygone: Yes please do so you don't make any errors
zekel4: 👍
gratefullygone: Also add no charges filed
zekel4: K
gratefullygone: Do not persue charges as I am not interested
gratefullygone: And will not testify
zekel4: K
gratefullygone: Smart
zekel4: K
zekel4: And will that make it all go away?
gratefullygone: Say that you won't testify
zekel4: K
gratefullygone: Against anyone
zekel4: K
gratefullygone: I assume so
zekel4: 🤗
gratefullygone: As a last resort say that you won't testify
zekel4: Ok goodie
zekel4: 👍
gratefullygone: And you can't make me
gratefullygone: Testify
zekel4: I'm glad we talked. I feel better rn

25

> gratefullygone: Please practice that
> zekel4: I will. I promise

36.     On or about August 18, 2025, KAHN told OCE that he had attempted to make it

difficult for law enforcement to retrieve evidence of his chats with OCE, as outlined below:

> gratefullygone: Do you have any family in law
> gratefullygone: Or law enforcement
> zekel4: I don't think so. Y?
> gratefullygone: Or do they watch who you're talking too
> gratefullygone: I bet
> gratefullygone: They saw it because they saw who you're talking too
> gratefullygone: Don't worry the reason I cleared the chats in my previous account
> gratefullygone: So it's not directly viewable

37.     On or about August 18, 2025, KAHN told OCE that he had discussed the situation

with friends online. Those friends believed that KAHN had kidnapped OCE because of the

response from law enforcement. KAHN then indicated to OCE that if law enforcement returned

to his residence, he would defend himself. Those chats include the following:

> gratefullygone: They thought I kidnapped you
> zekel4: Ohhh
> gratefullygone: I couldn't convince them
> zekel4: But u didn't silly
> gratefullygone: I didn't the fbi response said otherwise
> gratefullygone: Luckily I was out 10 to 15 minutes before
> gratefullygone: That
> gratefullygone: Next time I gave them a warning show up without presenting a
> warrant I'll be sure to defend myself
> gratefullygone: If I'm home
> gratefullygone: I have home security for that reason
> gratefullygone: <@1361838202058707194>[6]
> gratefullygone: Now more than ever

---

[6] This is the unique user ID of the OCE's account. Further, it is the undersigned's understanding that within a Discord conversation, users are able to tag another user by typing the "@" symbol and then their username (when the chats were exported above, the export application automatically changed the username to the accounts unique identification number). This will alert that user to the conversation and is often used to direct their attention to a particular message or portion of the chat, such as to answer a question that was posed or to highlight a particularly important piece of information.

## CONCLUSION

38.    Based on the foregoing, I respectfully submit that there is probable cause to believe that between on or about June 6, 2025, and on or about August 4, 2025, KAHN knowingly attempted to persuade, induce, entice, or coerce any individual who has not attained the age of 18 to engage in any sexual activity for which any person can be charged with a criminal offense, to wit: 18 U.S.C. § 2251 and M.G.L. ch. 272, § 29A, by using the mail or any facility or means of interstate or foreign commerce, in violation of 18 U.S.C. § 2422(b); and that on or about July 15, 2025, KAHN knowingly attempted to transfer obscene matter to another individual who has not attained the age of 16 years, knowing that such other individual has not attained the age of 16 years, by using the mail or any facility or means of interstate or foreign commerce, in violation of 18 U.S.C. § 1470.

Respectfully submitted,

*Matthew A. Keating (by JDH)*
Matthew A. Keating
Special Agent
Federal Bureau of Investigation

Sworn to me telephonically consistent with Fed. R. Crim. P.  4.1(d)(3) on this  8th  day of December, 2025.

HONORABLE JESSICA D. HEDGES
UNITED STATES MAGISTRATE JUDGE