**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA    **Category No.** III    **Investigating Agency** FBI

**City** Brookline
**County** Norfolk

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number: 25-3403-JDH
Search Warrant Case Number: 25-3191-JDH/25-3192-JDH, 25-3401-JDH/25-3402-JDH
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  Yes [ ]  No [✓]

Defendant Name: William Kahn    Juvenile: Yes [ ] No [✓]

Is this person an attorney and/or a member of any state/federal bar: Yes [ ] No [✓]

Alias Name: _____
Address: Brookline, MA
Birth date (Yr only): 1997    SSN (last 4#): 6028    Sex: M    Race: _____    Nationality: U.S.

Defense Counsel if known: John Amabile    Address: 380 Pleasant Street, Brockton, MA 02301
Bar Number: _____

**U.S. Attorney Information**
AUSA: Suzanne Sullivan Jacobus    Bar Number if applicable: 565071

**Interpreter:** Yes [ ] No [✓]    List language and/or dialect: _____

**Victims:** Yes [✓] No [ ]    If yes, are there multiple crime victims under 18 USC§3771(d)(2) Yes [ ] No [✓]

**Matter to be SEALED:** Yes [✓] No [ ]

[✓] Warrant Requested    [ ] Regular Process    [ ] In Custody

**Location Status:** _____

**Arrest Date:** _____

[ ] Already in Federal Custody as of _____ in _____.
[ ] Already in State Custody at _____ [ ] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** [✓] Complaint    [ ] Information    [ ] Indictment
**Total # of Counts:** [ ] Petty _____ [ ] Misdemeanor _____ [✓] Felony Two

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12/8/2025    Signature of AUSA: /s/ Suzanne Sullivan Jacobus

JS 45 (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   William Kahn

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2422(b) | Attempted coercion and enticement | one |
| Set 2 | 18 U.S.C. § 1470 | Attempted transfer of obscene material to minor | one |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013